UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARC TRESENRIDER, | ) | CASE NO. 5:11CV1653 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **ORDER** |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of the Magistrate Judge in the above-entitled action. (Doc. No. 16.) Under the relevant statute:

> [. . .] Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

In this case, the Magistrate Judge determined that the Commissioner's decision denying disability insurance benefits and supplemental security income was not supported by substantial evidence. He, therefore, recommended that the Commissioner's decision be vacated and the matter remanded.

The Commissioner filed a response to the report and recommendation indicating that there were no objections to the Magistrate Judge's recommendation. (*See* Doc. No. 17.)

The Court, having reviewed the Magistrate Judge's report and recommendation, hereby adopts the same. Accordingly, the Commissioner's final decision is **VACATED** and this matter is **REMANDED**.

        **IT IS SO ORDERED**.

Dated: June 25, 2012

        **HONORABLE SARA LIOI**
        **UNITED STATES DISTRICT JUDGE**